IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-21260
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN CARLOS MORFIN,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-543-2
--------------------
February 20, 2002

Before WIENER, EMILIO M. GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:*

Court-appointed counsel for Juan Carlos Morfin has filed a
motion to withdraw as counsel and a brief in accordance with
Anders v. California, 386 U.S. 738 (1967).  Morfin has not
filed a response.  Our independent review of the record and
counsel's brief discloses no nonfrivolous issue.  Accordingly,
counsel's motion to withdraw is GRANTED, counsel is excused from
further responsibilities, and the APPEAL IS DISMISSED.  See
5TH CIR. R. 42.2.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.